DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MANIMAL LAND COMPANY, INC.,**
Appellant,

v.

**HEALTHCARE APPRAISERS, INC.,**
a Florida corporation,
Appellee.

No. 4D2023-2001

[September 25, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 50-2020-CA-000873-XXXX-MB.

Howard D. DuBosar and Harrison R. DuBosar of Weiss Serota Helfman Cole & Bierman, P.L., Boca Raton, and Edward G. Guedes of Weiss Serota Helfman Cole & Bierman, P.L., Coral Gables, for appellant.

Michael W. Simon of Simon & Sigalos, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed. See Barakat v. Broward Cnty. Hous. Auth.*, 771 So. 2d 1193, 1195 (Fla. 4th DCA 2000) ("It is never the role of a trial court to rewrite a contract to make it more reasonable for one of the parties or to relieve a party from what turns out to be a bad bargain."); *Burns v. Barfield*, 732 So. 2d 1202, 1205 (Fla. 4th DCA 1999) ("In the absence of ambiguity, the language itself is the best evidence of the parties' intent and its plain meaning controls.").

WARNER, CIKLIN and LEVINE, JJ., concur.

*   *   *

***Not final until disposition of timely filed motion for rehearing.***